# UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF NEW YORK

In re: RONALD ISBITSKY  
      TINA M ISBITSKY  
      Debtor(s)

Case No.: 815-73286-LAS

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marianne De Rosa, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. Section 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/03/2015.
2) The plan was confirmed on 01/22/2016.
3) The plan was modified by order after confirmation pursuant to 11 U.S.C Section 1329 on NA.
4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/18/2016, 11/08/2018.
5) The case was completed on 08/14/2020.
6) Number of months from filing or conversion to last payment: 60.
7) Number of months case was pending: 61.
8) Total value of assets abandoned by court order: NA.
9) Total value of assets exempted: 592,591.00.
10) Amount of unsecured claims discharged without full payment: 170,730.84.
11) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor: | $30,033.00 |
| Less amount refunded to debtor: | $.00 |
| **NET RECEIPTS:** | $30,033.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through The Plan: | $2,500.00 |
| Court Costs: | $.00 |
| Trustee Expenses and Compensation: | $1,924.81 |
| Other: | $.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | $4,424.81 |
| Attorney fees paid and disclosed by debtor: | $2,500.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK | Unsecured | 2,833.00 | 3,005.07 | 3,005.07 | 377.63 | .00 |
| AMERICAN EXPRESS TRAVEL RELATED | Unsecured | NA | 650.51 | 650.51 | 81.77 | .00 |
| AMERICAN MEDICAL COLLECTION | Unsecured | 14.69 | NA | NA | .00 | .00 |
| ARI MEDICAL PC | Unsecured | 125.04 | NA | NA | .00 | .00 |
| BANK OF AMERICA | Unsecured | 19,518.00 | 19,518.80 | 19,518.80 | 2,446.57 | .00 |
| BANK OF AMERICA | Unsecured | 6,567.00 | 6,567.91 | 6,567.91 | 825.35 | .00 |
| BIO-REFERENCE LABS | Unsecured | 46.26 | NA | NA | .00 | .00 |
| CAPITAL ONE | Unsecured | 1,133.00 | 1,308.21 | 1,308.21 | 164.46 | .00 |
| CAPITAL ONE BANK | Unsecured | 20,079.00 | 20,111.93 | 20,111.93 | 2,520.93 | .00 |
| CENLAR FSB | Secured | 50,000.00 | 49,682.13 | 49,682.13 | .00 | .00 |
| CERASTES, LLC | Unsecured | 26,738.00 | 25,905.52 | 25,905.52 | 3,247.07 | .00 |
| CERASTES, LLC | Unsecured | 2,788.00 | 2,788.41 | 2,788.41 | 350.40 | .00 |
| CHASE BANK USA, NA | Unsecured | 34,442.00 | NA | NA | .00 | .00 |

0022-47-EPIEXX-00068253-87278

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re: RONALD ISBITSKY  
      TINA M ISBITSKY  
      Debtor(s)

Case No.: 815-73286-LAS

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| CHASE BANK USA, NA | Unsecured | 543.00 | NA | NA | .00 | .00 |
| CHASE BANK USA, NA | Unsecured | 6,117.00 | NA | NA | .00 | .00 |
| DISCOVER BANK | Unsecured | 7,290.00 | 7,290.92 | 7,290.92 | 916.21 | .00 |
| ECAST SETTLEMENT CORP. | Unsecured | 11,982.00 | 11,982.06 | 11,982.06 | 1,501.89 | .00 |
| ECAST SETTLEMENT CORP. | Unsecured | 5,872.00 | 5,872.42 | 5,872.42 | 737.95 | .00 |
| ECAST SETTLEMENT CORP. | Unsecured | 12,048.00 | 12,045.79 | 12,045.79 | 1,509.88 | .00 |
| EMPIRE CITY LABS | Unsecured | 801.00 | NA | NA | .00 | .00 |
| FOUR D LANDSCAPING | Unsecured | 853.89 | NA | NA | .00 | .00 |
| MACYS | Unsecured | 2.00 | NA | NA | .00 | .00 |
| MARRIOTT VACATION CLUB | Unsecured | 2,638.78 | NA | NA | .00 | .00 |
| MID SUFFOLK PEDIATRIC | Unsecured | 26.73 | NA | NA | .00 | .00 |
| MIDLAND FUNDING, LLC | Unsecured | 681.00 | 697.68 | 697.68 | 87.71 | .00 |
| MIDLAND FUNDING, LLC | Unsecured | 10,631.00 | 10,631.69 | 10,631.69 | 1,332.64 | .00 |
| MIDLAND FUNDING, LLC | Unsecured | 2,811.00 | 2,924.35 | 2,924.35 | 367.49 | .00 |
| MIDLAND FUNDING, LLC | Unsecured | 1,054.00 | 1,054.31 | 1,054.31 | 132.54 | .00 |
| NORMAN E. HAYWOOD DO PC | Unsecured | 190.67 | NA | NA | .00 | .00 |
| NYS DEPT OF TAX & FINANCE | Late Taxes | NA | 180.00 | 180.00 | 180.00 | .00 |
| PORTFOLIO RECOVERY ASSOCS. | Unsecured | 185.00 | 185.41 | 185.41 | 23.31 | .00 |
| PORTFOLIO RECOVERY ASSOCS. | Unsecured | 2,112.00 | 2,112.73 | 2,112.73 | 265.50 | .00 |
| QUEST DIAGNOSTICS | Unsecured | 129.27 | NA | NA | .00 | .00 |
| SUBURBAN EXTERMINATING SERVICES | Unsecured | NA | 493.56 | 493.56 | 62.05 | .00 |
| TD BANK NA | Secured | 13,944.00 | 506.21 | 506.21 | 506.21 | .00 |
| TD BANK NA | Unsecured | 7,388.00 | 7,290.82 | 7,290.82 | 916.20 | .00 |
| TD BANK USA | Unsecured | 313.00 | 263.02 | 263.02 | 33.06 | .00 |

UST Form 101-13-FR-S (9/1/2009)

0022-47-EPIEXX-00068253-87278

# UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re: RONALD ISBITSKY  
TINA M ISBITSKY  
Debtor(s)

Case No.: 815-73286-LAS

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| WELLS FARGO CARD SVS | Secured | 7,021.00 | 7,021.37 | 7,021.37 | 7,021.37 | .00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing: | .00 | .00 | .00 |
| Mortgage Arrearage: | .00 | .00 | .00 |
| Debt Secured by Vehicle: | .00 | .00 | .00 |
| All Other Secured: | 57,209.71 | 7,527.58 | .00 |
| **TOTAL SECURED:** | 57,209.71 | 7,527.58 | .00 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage: | .00 | .00 | .00 |
| Domestic Support Ongoing: | .00 | .00 | .00 |
| All Other Priority: | .00 | .00 | .00 |
| **TOTAL PRIORITY:** | .00 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 142,881.12 | 18,080.61 | .00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration: | $4,424.81 |
| Disbursements to Creditors: | $25,608.19 |
| **TOTAL DISBURSEMENTS:** | $30,033.00 |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 09/30/2020   By: /s/Marianne De Rosa  
Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. Section 1320.4(a)(2) applies.