UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

    Ronald M. Isbitsky,
    And Tina M. Isbitsky,                  Chapter 13

                              Debtor.        Case No.: 8-15-73286-ast
-----------------------------------------------------------X

## AFFIDAVIT OF JEENA R. BELIL, ESQ.

STATE OF NEW YORK  )
                             ) ss:
COUNTY OF NEW YORK  )

        JEENA R. BELIL, ESQ., being duly sworn, deposes and says:

        1.   I am an attorney duly admitted to practice before the Courts of the State of New York. I am the primary attorney at The Law Office of Jeena R. Belil, P.C. (hereinafter, the "Firm"). I currently maintain an office at 224 Griffing Avenue, Riverhead, NY 11901.

        2.   This affidavit supports Debtor's application to employ the Firm as counsel with respect to Debtor's action brought before the New York State Supreme Court, County of Suffolk, in the action entitled *Tina M. Isbitsky v. Dennis Fudge, Index No. 618342/2018*. The personal injury claims are arising from an accident that occurred on or about March 9, 2018.

        3.   I am an attorney admitted and in good-standing with the New York State Bar from 1995 to current. I have previously litigated many personal injury actions and other legal actions and submit that I am experienced enough to sufficiently represent the best interests of the Debtor in her personal injury claim.

4. Furthermore, I have represented the Debtor thus far in the pending personal injury action, and I am fully familiar with the facts and circumstances of the Debtor's personal injury claim which occurred on or around March 9, 2018.

5. Our contingency retainer agreement is standard and consistent with other New York personal injury cases and allows for one-third of the net recovery as attorneys' fees.

6. The Firm has no other present or former connection with the either joint-debtors. I am also not aware, after reasonable inquiry, of any other present of former connection with any of the joint-debtor's creditors, any other party in interest, or their respective professionals. I therefore submit that the Firm has no interest adverse to neither the joint-debtors nor the joint-debtor's estate with respect to the matter on which it is to be employed, within the meaning of 11 U.S.C. § 327(e).

7. I understand that the current personal injury action and any future litigation may not be settled, and the Firm cannot receive any compensation, absent further Order of the Court upon proper application under the Bankruptcy Code.

_____
Jeena R. Belil, Esq.

Sworn to before me this

2 day of March 2022

_____
NOTARY PUBLIC

PAUL VARRIALE
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02VA6406088
Qualified in Suffolk County
My Commission Expires 3/23/2024