```
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
────────────────────────────────X
In re:                              Chapter 13
                                    Case No. 8-15-73286-ast
Ronald M. Isbitsky and
Tina M. Isbitsky,

                Debtors.
────────────────────────────────X
```

**ORDER APPROVING ACCEPTANCE OF SETTLEMENT OFFER**

Upon application made to this Court dated July 27, 2023, by Ronald D. Weiss, P.C., attorney for the debtors herein and upon the application being presented to the Court for signature on September 12, 2023, at 10:30 a.m., seeking an order for approval for debtor to accept a settlement offer for a personal injury claim; and upon service of the motion on Krista M. Preuss, Esq., Chapter 13 Trustee; and upon due deliberation and upon no opposition being filed; it is hereby

ORDERED, that the Debtor, Tina M. Isbitsky is authorized by this Court to accept the settlement offer by the defendant from her personal injury carrier, for $50,000.00; and it is further

ORDERED, that attorneys fees plus costs/expenses for debtor's personal injury attorneys, Jeena R. Belil, Esq., in the amount of $18,106.72 plus $7,547.00 representing a medical lien be deducted from settlement proceeds and turned over to attorney Jeena R. Belil; and it is further

ORDERED, that the unexempt amount of the personal injury settlement proceeds, in the amount of $16,071.28, shall be turned over, within thirty (30) days of entry of this Order, by certified funds or bank check made payable to "Krista M. Preuss, Trustee EDNY", with the case number 8-15-73286-ast noted in the memo section of the check and mailed to Krista M. Preuss, Trustee EDNY at PO Box 2178, Memphis, TN 38101; and it is further

SPACE INTENTIONALY LEFT BLANK

ORDERED, that the exempt amount of $8,275.00 from the personal injury settlement proceeds shall be turned over to Tina M. Isbitsky, the debtor.

NO OBJECTION:
/s/ Hanin R. Shadood
Hanin R. Shadood, Esq.
Staff Attorney for the
Chapter 13 Trustee, Krista M. Preuss